No. 79–799. JONES ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 79–800. COMMITTEE TO ELECT LYNDON LaROUCHE ET AL. *v.* FEDERAL ELECTION COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 79–801. COMMITTEE TO ELECT LYNDON LaROUCHE ET AL. *v.* FEDERAL ELECTION COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 79–805. COMMUNITY CASH STORES, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied.

No. 79–808. FREZZO BROTHERS, INC., ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79–811. CLAIBORNE HARDWARE CO. ET AL. *v.* HENRY ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–823. HANSON *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–829. FIRST JERSEY SECURITIES, INC., ET AL. *v.* BIUNNO, U. S. DISTRICT JUDGE (BERGEN ET AL., REAL PARTIES IN INTEREST). C. A. 3d Cir. Certiorari denied.

No. 79–830. VINSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–831. CROWN CENTRAL PETROLEUM CORP. *v.* PHILLIPS ET AL. C. A. 4th Cir. Certiorari denied.